UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CALVARY UNITED PENTECOSTAL CHURCH, § § | | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:15-CV-365 |
| CHURCH MUTUAL INSURANCE COMPANY, DONNY BROWN, and GEORGE BEN HODGES, | § § § § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Calvary United Pentecostal Church and Defendant Church Mutual Insurance Company jointly move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

**SIGNED this 14th day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE